# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161313(58)

EVA LAFAVE,
            Plaintiff-Appellee,

v

ALLIANCE HEALTHCARE SERVICES, INC.,
formerly known as ALLIANCE IMAGING,
INC., doing business as ALLIANCE
HEALTHCARE RADIOLOGY,
            Defendant-Appellant.
_____/

SC: 161313
COA: 345986
Marquette CC: 17-055666-NH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer is GRANTED.  The answer submitted on October 12, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020

                                              Clerk